IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

R.M.C.,                               :
                                      :
            Petitioner,               :
                                      :
v.                                    :     Case No. 4:26-cv-493-CDL-AGH
                                      :              28 U.S.C. § 2241
Warden, STEWART DETENTION             :
CENTER, *et al.*,                     :
                                      :
            Respondents.              :
_____

<u>ORDER</u>

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

IT IS SO ORDERED, this 6th day of August, 2026.

                          s/Clay D. Land
                          _____
                          CLAY D. LAND
                          U.S. DISTRICT COURT JUDGE
                          MIDDLE DISTRICT OF GEORGIA