IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RAFAEL MEZA CASTRO, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-493-CDL-AGH |
| | * | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 6th day of August, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk